UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LORD PAULIN,

                              Plaintiff,

v.

TOWN OF NEW WINDSOR, P.O. F. PIERRI;
and P.O. B. LEVY, individually and in their
official capacities,

                              Defendants.
------------------------------------------------------------X

**ORDER**

18-CV-06182 (PMH)

On December 4, 2019, defendants P.O. F. Pierri and P.O. B. Levy moved for summary judgment. (Doc. #47). On January 14, 2020, plaintiff, who is proceeding pro se and in forma pauperis, requested a 45-day extension of time to oppose the motion. (Doc. #57). The Court granted plaintiff's request, extending plaintiff's time to oppose the motion to March 9, 2020. (Doc. #58).

To date, plaintiff has not filed an opposition to the motion or sought further extension of time.

Defendants' application to deem their motion as fully submitted (Doc. # 59) is DENIED. The Court sua sponte extends plaintiff's time to oppose the motion for summary judgment to May 18, 2020. Defendants' reply, if any, is due June 1, 2020.

**If plaintiff fails to file his opposition by May 18, 2020, the motion will be deemed fully submitted and unopposed. No further extensions of time will be granted.**

The Clerk is instructed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: New York, New York
       March 18, 2020

                                                SO ORDERED:

                                                _____
                                                Philip M. Halpern
                                                United States District Judge