UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LORD PAULIN,

                Plaintiff,

    -against-                                  18 **CIVIL** 6182 (PMH)

                                                             **JUDGMENT**

TOWN OF WINDSOR, P.O. F. PIERRI and
P.O. B. LEVY, individually and in their official
capacities,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 5, 2020, Defendants' motion to dismiss is granted; accordingly, this case is closed.

**Dated:**  New York, New York
           October 5, 2020

                                                    **RUBY J. KRAJICK**
                                                  _____
                                                      Clerk of Court
                                   **BY:**
                                                   _____
                                                       Deputy Clerk